**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  )<br>  )<br>            Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>Jauvarrius Burnham,  )<br>  )<br>            Defendant.  )<br>_____)  | No.  CR 17-182-TUC-CKJ<br><br>**ORDER** |

Pending before the Court is the Request for Compassionate Release (Doc. 34) and the Emergency Motion for Sentence Reduction/Home Confinement Pursuant to 18 U.S.C. 3582(c)(1)(A) (Expedited Ruling Requested due to COVID-19 Pandemic) (Doc. 39) filed by Jauvarrius Burnham ("Burnham").  The government has filed a response (Doc. 44) and Burnham has filed a reply (Doc. 45).

Burnham's reply indicates that, because Burnham has tested positive for COVID-19, the Bureau of Prisons has granted Burnham's request for home confinement.  While acknowledging this may render the compassionate release issue pending before this Court as moot, Burnham requests the Court to rule on the merits of his request.  Burnham asserts "it is not too late to mitigate the risks posed by the serious comorbidities and significantly heightened risk of complications or death from this infection via a reduction in sentence to Time Served." Reply (Doc. 45), p. 6.  However, Burnham does not explain how a ruling on the merits mitigates the risks.

1  Rather, the issue is considered moot as it "has lost its character as a present, live
2  controversy of the kind that must exist if we are to avoid advisory opinions on abstract
3  propositions of law." *Doe v. Madison Sch. Dist. No. 321*, 177 F.3d 789, 798 (9th Cir. 1999),
4  *citation omitted*. Indeed, "[i]f a dispute is not a proper case or controversy, the courts have
5  no business deciding it, or expounding the law in the course of doing so." *DaimlerChrysler
6  Corp. v. Cuno*, 547 U.S. 332, 341 (2006). The Court finds it is not appropriate to address the
7  merits of Burnham's request.

8  Accordingly, IT IS ORDERED the Request for Compassionate Release (Doc. 34) and
9  the Emergency Motion for Sentence Reduction/Home Confinement Pursuant to 18 U.S.C.
10  3582(c)(1)(A) (Expedited Ruling Requested due to COVID-19 Pandemic) (Doc. 39) are
11  DENIED AS MOOT.

12  DATED this 21st day of December, 2020.

_____
Cindy K. Jorgenson
United States District Judge